FILED
November 04, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003880410

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 11-11997-A-7F |
| JACK KALANJIAN and ANAITA KALANJIAN, | DC No. RHT-3 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** 11 U.S.C. §363 |
| Debtors. _____/ | Date: December 7, 2011 Time: 9:00 a.m. Dept: A |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about February 22, 2011, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is non exempt equity in a 2004 BMW 530i with a fair market value of approximately $15,290.00.

5. The Trustee has received an offer from the debtors Jack Kalanjian and Anaita Kalanjian, to purchase the equity in the above-described asset for the total sum of $7,000.00. The funds have been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle, the costs associated with taking possession of, storing, and selling the vehicle at auction, and the debtors' total allowed vehicle exemption in the amount of $5,450.00. The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicle.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtors, Jack Kalanjian and Anaita Kalanjian, for the total sum of $7,000.00.

**DATED**: NOVEMBER 4, 2011

      /S/Robert Hawkins
ROBERT HAWKINS,
Chapter 7 Trustee